## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** | * |
| Paul Scurti | *   Case No.: 16-22652 |
| | *   Chapter 13 |
| Debtor | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## MOTION BY DEBTOR TO MODIFY CHAPTER 13
## PLAN AFTER CONFIRMATION

Paul Scurti,  Debtor, by and through his attorney, Nicholas J. Del Pizzo, III, attorney, moves to modify the Plan confirmed by this Court on April 13, 2017, and for cause states:

1.     That the Debtor filed the Application for Relief as a Chapter 13 on September 21, 2016, and this Court mailed notices to all creditors giving all creditors proper notice that a Proof of Claim must be filed on or before March 22, 2017, objection to dischargeability due by February 21, 2017 and deadline for governmental proof of claim due by May 8, 2017.

2.     That the trustee, Nancy Spencer Grigsby held the Meeting of Creditors on December 22, 2016.

3.     That pursuant to Bankruptcy Rule 3002(c), a Proof of Claim must be filed within 90 days from the first day set for the date of meeting of creditors called pursuant to Section 341(a) of the Code.

4.     The modification request fully complies with Section 1329 of the Bankruptcy Code, most particularly (a) (2).

5.     That the proposed Modified Plan payments be $100.00 for 12 months, then $310.00 for 20 months, then $700.000 for 28 months.  The modified payments total $27,000.00 over the 60 month period.  A copy of the Modified Plan is attached.

6.     Debtor is in the process of attempting to remove his name from the mortgage and is looking for additional employment.

WHEREFORE, the Debtor prays that this Motion be granted and a hearing be scheduled; that after due Notice and Hearing, if requested, the Debtor's Chapter 13 Plan be modified and adopted as the confirmed Plan and that the Debtor have such other and further relief as the nature of his cause may require.

Date:  10/26/2018                         /s/Nicholas J. Del Pizzo, III
                                          Nicholas J. Del Pizzo, III
                                          Federal Bar No. 24666
                                          7222 Holabird Avenue
                                          Baltimore, Maryland 21222
                                          410-288-5788
                                          email: njdelpizzo@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of October, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Modified Chapter 13 Plan After Confirmation with a copy of the proposed Modified Plan will be served electronically by the Court's CM/ECF system on the following:

Brian S. McNair     bankruptcy@albalawgroup.com
Nancy Spencer Grigsby     grigsbyecf@ch13md.com

I HERBY FURTHER CERTIFY that on the 26th day of October, 2017, a copy of the Modified Chapter 13 Plan After Confirmation with a copy of the proposed Modified Plan was served on all parties of interest/creditors on the attached matrix via first class mail, postage prepaid and to the Office of the US Trustee.

Office of the US Trustee
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201

                                          /s/Nicholas J. Del Pizzo, III
                                          Nicholas J. Del Pizzo, III, 24666
                                          7222 Holabird Avenue
                                          Baltimore, MD 21222
                                          410-288-5788
                                          fax 443-216-2063
                                          email: njdelpizzo@aol.com